IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD G. DANDAR, | ) |
| Petitioner, | ) |
| | ) Civil Action No. 08-60 Erie |
| v. | ) |
| MARK KRYSEVIG et al., | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on February 25, 2008 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Oral Report and Recommendation, entered on the record on May 21, 2009 [82], recommends that the Motion for Preliminary Injunction [40] and the Motion for Court to Order an Immediate Cease and Desist of Retaliation/ Discrimination [41] filed by Petitioner be denied. The parties were allowed ten (10) days from the date of service to file objections. On June 8, 2009, Petitioner filed a "Notice of Appeal" from the Magistrate Judge's Report and Recommendation [47], which this Court construes as objections. After de novo review of the petition and documents in the case, together with the Magistrate Judge's Oral Report and Recommendation and Petitioner's objections thereto, the following order is entered:

AND NOW, this 28th day of October, 2009;

IT IS ORDERED that the Petitioner's Motion for Preliminary Injunction [40] be, and hereby is, DENIED;

IT IS FURTHER ORDERED that the Petitioner's Motion for Court to Order an Immediate Cease and Desist of Retaliation/ Discrimination [41] be, and hereby is, DENIED.

The Oral Report and Recommendation of Magistrate Judge Baxter, entered on the record on May 21, 2009 [82] is adopted as the opinion of the Court.

/s   Sean J. McLaughlin
SEAN J. McLAUGHLIN
United States District Judge

cm:   All parties of record.
U.S. Magistrate Judge Susan Paradise Baxter