IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD G. DANDAR,            )
                             )
        Petitioner,          )
                             )   Civil Action No. 08-60 Erie
    v.                       )
                             )
MARK KRYSEVIG et al.,        )
                             )
        Respondents.         )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on February 25, 2008 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Oral Report and Recommendation, entered on the record on July 1, 2009 [88], recommends that the Motions for Preliminary Injunction filed by the Petitioner on May 28, 2009 [46] and June 25, 2009 [50] be denied. On July 6, 2009, Petitioner filed objections to the Magistrate Judge's Report and Recommendation [56]. He subsequently filed an "appeal" of the Magistrate Judge's July 1, 2009 "ruling" [58] and, on July 23, he filed a "supplement" to his appeal [70]. After de novo review of the petition and documents in the case, together with the Magistrate Judge's Oral Report and Recommendation, Petitioner's objections thereto, and also Petitioner's appeal and "supplement," the following order is entered:

AND NOW, this 28th day of October, 2009;

IT IS ORDERED that the Petitioner's May 28, 2009 Motion for Preliminary Injunction [46] be, and hereby is, DENIED;

IT IS FURTHER ORDERED that the Petitioner's June 25, 2009 Motion for Preliminary Injunction [50] be, and hereby is, DENIED.

The Oral Report and Recommendation of Magistrate Judge Baxter, entered on the record on July 1, 2009 [88] is adopted as the opinion of the Court.


/s   Sean J. McLaughlin
SEAN J. McLAUGHLIN
United States District Judge

cm:  All parties of record.
     U.S. Magistrate Judge Susan Paradise Baxter