**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD G. DANDAR, ) | |
|     Petitioner, ) | |
| ) | Civil Action No. 08-60 Erie |
| v. ) | |
| MARK KRYSEVIG, *et al.*, ) | |
|     Respondents. ) | |

## ORDER

AND NOW, *to wit,* this 17th day of December, 2009, the Petitioner having filed a document [97] styled as "Objections to Order 10-26-09,"

AND this Court construing said objections as an appeal from the October 26, 2009 Text Order of United States Magistrate Judge Baxter dismissing as moot the Petitioner's Motion [90] to Order Respondents to Respond to Petition,

IT IS HEREBY ORDERED that the Appeal is DENIED and the October 26, 2009 Text Order of United States Magistrate Judge Baxter is AFFIRMED.

                                                                                    s/ <u>Sean J. McLaughlin</u>

                                                                                    Sean J. McLaughlin
                                                                                    United States District Judge

cm:    All parties of record.
          U.S. Magistrate Judge Susan Paradise Baxter