IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD G. DANDAR, )
)
    Petitioner, )
) Civil Action No. 08-60 Erie
v. )
)
MARK KRYSEVIG et al., )
)
    Respondents. )

## **MEMORANDUM ORDER**

    This petition for writ of habeas corpus was received by the Clerk of Court on February 25, 2008 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

    The Magistrate Judge's Report and Recommendation, filed on January 5, 2010 [114], recommends that the following motions filed by the Petitioner be denied:

    1.    "Motion for Declaratory Relief" [73];

    2.    "Motion for Declaratory Relief- Injunctive-TRO Relief" [77];

    3.    "Motion for Declaratory Judgment - TRO" [78];

    4.    "Motion for TRO-Declaratory-Injunctive Relief" [80];

    5.    "Motion for "Declaratory Relief" [94];

    6.    "Motion for Declaratory Judgment" [102];

    7.    "Motion for Declaratory Relief" [103];

    8.    "Motion for Declaratory Relief" [104];

    9.    "Motion for Declaratory Relief" [105]; and

    10.    "Motion for Declaratory Judgment" [106].

The parties were granted ten (10) days in which to file objections.  Petitioner filed his objections [118] on January 28, 2010.

After de novo review of the petition and documents in the case, together with the Magistrate Judge's Report and Recommendation and Petitioner's objections thereto, the following order is entered:

AND NOW, this 5th day of February, 2010;

IT IS ORDERED that the Plaintiff's "Motion for Declaratory Relief" [73], "Motion for Declaratory Relief- Injunctive-TRO Relief" [77], "Motion for Declaratory Judgment - TRO" [78], "Motion for TRO-Declaratory-Injunctive Relief" [80], "Motion for "Declaratory Relief" [94], "Motion for Declaratory Judgment" [102], "Motion for Declaratory Relief" [103], "Motion for Declaratory Relief" [104], "Motion for Declaratory Relief" [105], and "Motion for Declaratory Judgment" [106] be, and hereby are, DENIED.

The Report and Recommendation of Magistrate Judge Baxter dated January 5, 2010 [114] is adopted as the opinion of the Court.

/s   Sean J. McLaughlin

SEAN J. McLAUGHLIN
United States District Judge

cm:   All parties of record.
      U.S. Magistrate Judge Susan Paradise Baxter