IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD G. DANDAR, )
        Petitioner, )
    v. ) Civil Action No. 08-60 Erie
MARK KRYSEVIG et al., )
        Respondents. )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on February 25, 2008 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [130], filed on May 27, 2010, recommends that the instant petition for writ of habeas corpus be denied and that no certificate of appealability issue. The parties were granted ten (10) days in which to file objections. Petitioner was served by certified mail at SCI-Cresson, where he is presently incarcerated. On June 1, 2010, he filed two documents which are largely incomprehensible and which have been entered on the Court's docket as Petitioner's Statement Invoking Homeland Security Act, National Security Act and Patriot Act [131] and Addendum [132]. Petitioner also filed a document entered as an appeal [133] of the Magistrate Judge's June 1, 2010 text order which denied Petitioner's motions to appoint an expert and for other miscellaneous relief.

After de novo review of the petition and documents in the case, together with the Magistrate Judge's Report and Recommendation and Petitioner's various filings in response thereto, the following order is entered:

Page 1 of 2

AND NOW, this 21st day of June, 2010;

IT IS ORDERED that the instant petition for writ of habeas corpus be, and hereby is, DISMISSED for lack of jurisdiction.

Inasmuch as jurists of reason would not find it debatable whether the Court lacks jurisdiction over the instant petition for writ of habeas corpus, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation [130] of Magistrate Judge Baxter dated May 27, 2010 is adopted as the opinion of the Court.

/s   Sean J. McLaughlin

SEAN J. McLAUGHLIN
United States District Judge

cm:   All parties of record.
       U.S. Magistrate Judge Susan Paradise Baxter